UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENNEL PITTS,

        Petitioner,

v.

C. ZYCH,

        Respondent.

_____/

Hon. Victoria A. Roberts

Case No. 09-12329

## <u>ORDER</u>

On June 16, 2009, Petitioner filed a writ of habeas corpus under 28 U.S.C. §
2241, claiming that a Bureau of Prisons regulation excluding certain inmates from early
release is arbitrary, capricious, and contrary to law.  The regulations exclude inmates
with prior misdemeanor or felony convictions for certain serious or violent crimes.  On
June 19, 2009, this Court issued an Order summarily denying Petitioner's writ of habeas
corpus on the merits. (Doc. 4).  This Court said the Bureau's regulation was a valid
exercise of its authority.

Petitioner appealed.  The Sixth Circuit vacated this Court's Order and remanded
with instructions to dismiss for lack of jurisdiction, because the Petitioner's challenge is
not yet ripe. *See Pitts v. Zych,* 2011 WL 852091 at *1 (6th Cir. March 11, 2011).  The
Bureau had not yet decided that Pitts was ineligible for early release.  The Court said:
"Until the relevant legal staff of the Bureau determines that Pitts is ineligible for early
release, we do not know whether Pitts will suffer any injury." *Id.* at *2.  Furthermore, the
Court said it is not a foregone conclusion that Pitts would be denied early release
because he does not say whether he has a prior conviction which would render him

ineligible under the regulation. *Id.*

In accordance with the Sixth Circuit's Opinion and Mandate, this Court

**DISMISSES** Petitioner's claims for want of jurisdiction.

**IT IS ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  May 12, 2011

The undersigned certifies that a copy of this
document was served on the attorneys of
record and Rennel Pitts by electronic means
or U.S. Mail on May 12, 2011.

s/Carol A. Pinegar
Deputy Clerk